| | |
|---|---|
| *Pretrial Services*<br>*Violation Report*<br>*Western District of Missouri* | Judicial Officer<br>Circuit Judge Florence Y. Pan |
| | Senior U.S. Pretrial Services Officer<br>Damon G. Mitchell |
| Defendant:<br><br>Mahailya Pryer | Docket No.: 21-00667-02-CR-FYP |
| | Charge(s): Parading, Demonstrating, or<br>Picketing in a Capitol Building |
| Initial Appearance Date:<br><br>10/7/2021 | Type Bonds/Sureties:<br>Personal Recognizance |
| Release Date:<br><br>10/7/2021 | |
| Status of Case: Presentence | |

1) Violation of Condition(s):

   (4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

   7(m) The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

   7(n) The defendant must submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

   7(o)The defendant must participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

2) Summary of Violation(s):

   On October 7, 2022, the defendant failed to show for her scheduled outpatient treatment appointment.

On October 11, 2022, the defendant refused to give an observed urine sample stating she is unable "to go" in front of someone else. She was directed to have a sweat patch applied.

The defendant's sweat patch was applied on October 11, 2022, and was removed on October 18, 2022. The patch was sent to the lab for analysis and returned positive for amphetamine/methamphetamine (Specimen No. 000246192). This result was not made available until November 1, 2022.

A sweat patch was also applied on October 18, 2022, and should have been removed on October 25, 2022. She failed to report to have the sweat patch removed.

The defendant was directed to report to the Bureau of Prisons (Aliceville, AL) on November 2, 2022 for execution of her sentence imposed. On October 26, 2022, defense counsel submitted a motion to voluntary surrender to the U.S. Marshals Service at the Federal Courthouse in Springfield, Missouri on or before the self-surrender date of November 2, 2022. The Court granted this motion on October 31, 2022, and ordered that the defendant shall self-surrender to the U.S. Marshals Service in Springfield, Missouri, at a time and place to be designated by the U.S. Marshals Service. The defendant was then directed to report (locally) to the Greene County, Missouri, Jail as coordinated by the U.S. Marshal's Service on November 4, 2022 at 2 PM. She failed to do so.

3) Summary of Compliance to Date:

The defendant had been compliant with pretrial services from the beginning until about two weeks leading up to her sentencing date on September 30, 2022. The defendant admitted to relapsing on heroin on or about September 17, 2022. She then admitted herself into a residential program that was supposed to last for 30 days. The defendant only stayed for 8 days and checked herself out "against staff advice". On September 30, 2022, the defendant was sentenced for the instant matter to 45 days custody with self-surrender and directed to report to the Bureau of Prisons (Aliceville, AL) on November 2, 2022. The defendant was kicked out of her mother's residence due to alleged drug use and stealing from her mother. The defendant denies her mother's allegations and last reported staying with a friend until she goes into custody.

4) Recommendation:

   Based on the defendant's decompensation and violations listed above, it is strongly recommended that a warrant be immediately issued for the defendant's arrest and that her bond be revoked. The defendant did not self-surrender as directed and her whereabouts are unknown.

   *Damon Mitchell*

   Damon G. Mitchell                          November 7, 2022
   Senior U.S. Pretrial Services Officer       Date


cc: Matthew Moeder, Assistant U.S. Attorney
    Andre Sidbury, Pretrial Services Officer